IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND | ) | |
| Plaintiff, | ) | No. 08 C 2281 |
| v. | ) | Judge Guzman |
| R. COOPER ENTERPRISES, INC. an Illinois corporation, and ROBERT J. COOPER, Individually | ) | Magistrate Judge Nolan |
| Defendants. | ) | |

MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on April 22, 2008 for collection of delinquent contributions, attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service was made upon R. COOPER ENTERPRISES, INC., an Illinois corporation on May 7, 2008 and a copy of the proof of service was filed with the court on May 20, 2008 (Exhibit A).

3. Service was made upon ROBERT J. COOPER, Individually on May 7, 2008 and a copy of the proof of service was filed with the court on May 20, 2008 (Exhibit B).

4. An Amended Complaint was filed May 8, 2008.

5. Defendants are now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

$8,932.30 Pension
$3,554.13 Pension Installment Note
$925.00 Attorneys fees
$448.00 Court costs
$13,859.43

WHEREFORE, Plaintiff prays for the entry of judgment against Defendants, R. COOPER ENTERPRISES, INC., an Illinois corporation and ROBERT J. COOPER, Individually, jontly and severally, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $13,859.43.

TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS

By: ______________________
One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

# EXHIBIT A

## Service of Process:

1:08-cv-02281 Trustees of the Suburban Teamsters of Northern Illinois Pension Fund v. R. Cooper Enterprises, Inc. et al
NOLAN

**United States District Court**

**Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3**

### Notice of Electronic Filing

The following transaction was entered by Toomey, John on 5/20/2008 at 11:23 AM CDT and filed on 5/20/2008

| | |
|---|---|
| **Case Name:** | Trustees of the Suburban Teamsters of Northern Illinois Pension Fund v. R. Cooper Enterprises, Inc. et al |
| **Case Number:** | 1:08-cv-2281 |
| **Filer:** | Trustees of the Suburban Teamsters of Northern Illinois Pension Fund |
| **Document Number:** | 9 |

**Docket Text:**
**SUMMONS Returned Executed by Trustees of the Suburban Teamsters of Northern Illinois Pension Fund as to R. Cooper Enterprises, Inc. on 5/7/2008, answer due 5/27/2008. (Toomey, John)**

**1:08-cv-2281 Notice has been electronically mailed to:**

John Joseph Toomey jtoomey100@hotmail.com

**1:08-cv-2281 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=5/20/2008] [FileNumber=4817864-0 ] [5f1f803864c416e26b69e8b7c862d1ef756fe4461ef5a4b433c24ca64da0c45c3b9 2a11ee67c83014d35676028aa2f7bf2ab0c920d8ef6a0958b8692876642af]]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND,

v.

R. COOPER ENTERPRISES, INC., an Illinois corporation and ROBERT J. COOPER, Individually

Docket Number: 08CV2281 TG

Assigned Judge: JUDGE GUZMAN

Designated Magistrate Judge: MAGISTRATE JUDGE NOLAN

TO: (Name and address of defendant)

R. COOPER ENTERPRISES, INC.,
an Illinois corporation
c/o Its President
Robert J. Cooper
809 Diamond K Lane
Joliet, Illinois 60433

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

Date

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**April 22, 2008**

Date

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me. | DATE: 5/7/08 6:30 PM |
|---|---|
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service-*

[X] Served personally upon the defendant. Place where served: R. COOPER ENTERPRISES, INC C/O ITS PRESIDENT - ROBERT J. COOPER AT HIS RESIDENCE - 809 DIAMOND K LANE, JOLIET, IL 60433 HE CAN BE DESCRIBED AS A M/B, 50, GRAYING HAIR + FACIAL, GLASSES

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ________

[ ] Returned unexecuted: ________

[ ] Other (specify): ________

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/7/08
Date

Scott Pocius
Signature of Server

Address of Server
THE ARGUS AGENCY INC.
1400 RENAISSANCE DR. STE208
PARK RIDGE IL 60068



**EXHIBIT B**

| | | |
|---|---|---|
| | | appearance as outlined in Judge Guzman's case management procedures, which can be found at: www.ilnd.uscourts.gov. Status hearing set for 6/20/2008 at 09:30 AM.Mailed notice (cjg, ) (Entered: 04/25/2008) |
| 05/08/2008 | 7 | AMENDED complaint by Trustees of the Suburban Teamsters of Northern Illinois Pension Fund against all defendants (Toomey, John) (Entered: 05/08/2008) |
| 05/08/2008 | 8 | NOTICE by Trustees of the Suburban Teamsters of Northern Illinois Pension Fund re amended complaint 7 (Toomey, John) (Entered: 05/08/2008) |
| 05/20/2008 | 9 | SUMMONS Returned Executed by Trustees of the Suburban Teamsters of Northern Illinois Pension Fund as to R. Cooper Enterprises, Inc. on 5/7/2008, answer due 5/27/2008. (Toomey, John) (Entered: 05/20/2008) |
| 05/20/2008 | 10 | SUMMONS Returned Executed by Robert J Cooper as to Robert J Cooper on 5/7/2008, answer due 5/27/2008. (Toomey, John) (Entered: 05/20/2008) |



| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/22/2008 15:20:11 | | | |
| **PACER Login:** | ak0081 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cv-02281 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND,

v.

R. COOPER ENTERPRISES, INC., an Illinois corporation and ROBERT J. COOPER, Individually

Docket Number: 08CV2281

Assigned Judge: JUDGE GUZMAN

Designated Magistrate Judge: MAGISTRATE JUDGE NOLAN

TO: (Name and address of defendant)

Robert J. Cooper, Individually
809 Diamond K Lane
Joliet, Illinois 60433

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk — Date

(by) Deputy Clerk

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

April 22, 2008
Date

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me. DATE: 5/7/08 6:30AM

NAME OF SERVER (PRINT) SCOTT POCIUS TITLE INVESTIGATOR

*Check one box below to indicate appropriate method of service-*

[X] Served personally upon the defendant. Place where served: ROBERT A. COOPER PERSONAL RESIDENCE 809 DIAMOND K LANE, JOLIET, IL 60433. HE CAN BE DESCRIBED AS A M/B, 50, GRAYING HAIR + FACIAL, GLASSES,

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

[ ] Returned unexecuted: ______

[ ] Other (specify): ______

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/7/08
Date

Scott Pocius
Signature of Server

Address of Server
THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE208
PARK RIDGE IL 60068